**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Beta Drive Hotel Group LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Hilton Garden Inn Cleveland East/Mayfield Village** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-5556714** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **700 Beta Dr** **Mayfield Village, OH 44143** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cuyahoga** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

3/02/25 8:56AM

Debtor **Beta Drive Hotel Group LLC**  Case number (*if known*) _____
       Name

List all cases. If more than 1,
attach a separate list      Debtor _____                    Relationship _____
                            District _____  When _____   Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99       ☐ 5001-10,000       ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000     ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ■ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March  1, 2025**
              MM / DD / YYYY

**X** **/s/ Irene Mendyuk**         **Irene Mendyuk**
Signature of authorized representative of debtor     Printed name

Title  **Manager**

**18. Signature of attorney**

**X** **/s/ Frederic P. Schwieg, Esq.**     Date **March  1, 2025**
Signature of attorney for debtor               MM / DD / YYYY

**Frederic P. Schwieg, Esq. 0030418**
Printed name

**Frederic P Schwieg Attorney at Law**
Firm name

**19885 Detroit Rd #239**
**Rocky River, OH 44116-1815**
Number, Street, City, State & ZIP Code

Contact phone  **440-499-4506**    Email address  **fschwieg@schwieglaw.com**

**0030418 OH**
Bar number and State

# Resolution of Members
## of
## Beta Drive Hotel Group LLC

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Irene Mendyuk, Manager of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Irene Mendyuk, Manager of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Irene Mendyuk, Manager of this company is authorized and directed to employ Frederic P. Schwieg, Esq. 0030418, attorney and the law firm of Frederic P Schwieg Attorney at Law to represent the company in such bankruptcy case.

Date 02-25-2025

Signed Source-1 Solutions LLC by Irene Mendyuk

Date 2-26-2025

Signed Loyalty Investments II LLC by

**Fill in this information to identify the case:**

Debtor name: **Beta Drive Hotel Group LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 1, 2025**      X **/s/ Irene Mendyuk**
Signature of individual signing on behalf of debtor

**Irene Mendyuk**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **Beta Drive Hotel Group LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF OHIO**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hilton Domestic Operating Co Inc** **755 Crossover Ln** **Memphis, TN 38117** | **Maryna Zozulina** **maryna.zozulina@hilton.com** **901-304-8246** | **Franchise Fees** | | | | $159,456.10 |
| **Ohio Department of Taxation** **Attn Bankruptcy Division** **PO BOX 530** **Columbus, OH 43216-0530** | | **Sales Tax (monthly Estimate** | | | | $40,000.00 |
| **Mayfield Village** **Attn Finance Director** **6622 Wlison Mills Rd** **Mayfield, OH 44143** | **Diane Calta** **dcalta@mggmlpa.com** **216.523.1500** | **Bed Tax (monthly estimate)** | | | | $11,000.00 |
| **FirstEnergy Corp** **76 S Main St** **Akron, OH 44308** | | **Electric Service** | | | | $8,910.21 |
| **Sysco Food and Service** **P.P.Box 94570** **Cleveland, OH 44101** | | | | | | $7,200.00 |
| **Delbaso Construction ,LLC** **4563 Hamann Pkwy** **4563 Hamann Parkway** **Willoughby, OH 44094** | **Dominic Delbaso** **Dominicdelbalso@yahoo.com** | | | | | $7,009.01 |
| **HD Supply** **P.O.Box 509058** **San Diego, CA 92150** | | | | | | $6,584.69 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor **Beta Drive Hotel Group LLC**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Westfield Insurance** 1 Park Cir Westfield Center, OH 44251 | | **Insurance Premium** | | | | $5,645.00 |
| **Enbridge Gas Ohio** P O Box 26666 Richmond, VA 23261-2666 | | **Gas Service** | | | | $5,424.70 |
| **Bernard Heating and Cooling** 359 Stanton Ave Akron, OH 44301 | | | | | | $5,202.63 |
| **NEORSD** 3900 Euclid Av Cleveland, OH 44115 | | **Sewer Service** | | | | $4,682.66 |
| **SeSac** P.O.Box 737457 Dallas, TX 75373 | | | | | | $2,598.36 |
| **Division of Water** 1201 Lakeside Ave E Cleveland, OH 44113 | | **Water Service** | | | | $2,445.05 |
| **Spectrum** Box 223085 Pittsburgh, PA 15251 | | | | | | $2,057.79 |
| **Morgan Services** 2013 Columbus Road Clevealnd, OH 44113 | | | | | | $1,766.33 |
| **Toshiba Financial Services** P.O.Box 790448 St Louis, MO 63179 | | | | | | $1,493.16 |
| **Cloud 5 Communications** P.O.Box 772475 Detroit, MI 48277 | | | | | | $1,358.16 |
| **ATT** P.O.Box 5019 Carol Stream, IL 60197 | | **Phone Service** | | | | $1,203.54 |
| **Kimble Recycling and Disposal** P.O.Box 448 Dover, OH 44622 | | | | | | $1,200.00 |
| **Koorsen Fire and Security** 6930 W Snowville Rd Brecksville, OH 44141 | | | | | | $1,105.32 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
**Northern District of Ohio**

In re  **Beta Drive Hotel Group LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ |
   | Prior to the filing of this statement I have received | $ |
   | Balance Due | $ |

   ■ **RETAINER**

   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $ **30,000.00** |
   | The undersigned shall bill against the retainer at an hourly rate of | $ **370.00** |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

   **amount paid is a retainer fees to be charged hourly**

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re **Beta Drive Hotel Group LLC**        Case No. _____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 1, 2025** | **/s/ Frederic P. Schwieg, Esq.** |
| *Date* | **Frederic P. Schwieg, Esq. 0030418** |
| | *Signature of Attorney* |
| | **Frederic P Schwieg Attorney at Law** |
| | **19885 Detroit Rd #239** |
| | **Rocky River, OH 44116-1815** |
| | **440-499-4506  Fax: 440-398-0490** |
| | **fschwieg@schwieglaw.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Northern District of Ohio

In re **Beta Drive Hotel Group LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Loyalty Investments II LLC**<br>GIOVANNA V BREMKE<br>37040 COLORADO AVE<br>Avon, OH 44011 | | **20%** | **Membership** |
| **Source-1 Solutions LLC**<br>1407 Lake Shore Dr Apt A<br>Hamilton, OH 45011 | | **80%** | **Membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 1, 2025**  
Signature **/s/ Irene Mendyuk**  
**Irene Mendyuk**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Allegion Access Technologies
P.O. Box 0371595
Pittsburgh, PA 15251


Amadeus Hospitality Inc
P.O.Box 731577
Dallas, TX 75373


ATT
P.O.Box 5019
Carol Stream, IL 60197


Atty Gen'l of the United States-Tax
US Dept of Justice Tax Divsn
PO BOX 55, Ben Franklin Stn
Washington, DC 20044


Bernard Heating and Cooling
359 Stanton Ave
Akron, OH 44301


Cintas
P.O.Box 631025
Cincinnati, OH 45263


Cloud 5 Communications
P.O.Box 772475
Detroit, MI 48277


Connect USA Inc
428 Earie Street
Massillon, OH 44646


Cozzini Brothers
8430 W Bryn Mawr Ave
Suite 800
Chicago, IL 60631


Craig A. Charles
6537 Holloway Dr
Middletown, OH 45044


Craig A. Charles Trust
6537 Holloway Dr
Middletown, OH 45044

Cuyahoga County Prosecutor
General Civil Division
1200 Ontario St FL 8
Cleveland, OH 44113


Cuyahoga County Treasurer
2079 E 9th St
Cleveland, OH 44115


Delbaso Construction ,LLC
4563 Hamann Pkwy
4563 Hamann Parkway
Willoughby, OH 44094


Diane Calta, Esq.
Mansour Gavin LPA
1001 Lakeside Ave. Ste 1400
Cleveland, OH 44114


Division of Water
1201 Lakeside Ave E
Cleveland, OH 44113


Edward Don Kitchen Supplies
2562 Paydphere Circle
Chicago, IL 60674


Edward L Byington Sr
6884 Longview Dr
Hamilton, OH 45011


Edward L Byington Trust
6884 Longview Dr
Hamilton, OH 45011


Enbridge Gas Ohio
P O Box 26666
Richmond, VA 23261-2666


FirstEnergy Corp
76 S Main St
Akron, OH 44308

Franklin County Common Pleas
Civil Clerk - Fees
345 S High St
Columbus, OH 43215


Franklin County Prosecutor
Civil Division
373 High St FL 14
Columbus, OH 43215


Guest Tek Interactive Entertainment Inc
P.O.Box 95864
Chicago, IL 60694


HD Supply
P.O.Box 509058
San Diego, CA 92150


Hilton Domestic Operating Co Inc
755 Crossover Ln
Memphis, TN 38117


Hilton Franchise Holding LLC
7390 Jones Branch Dr Ste 1100
Mc Lean, VA 22102


HLT Existing Franchise Holding LLC
7390 Jones Branch Dr Ste 1100
Mc Lean, VA 22102


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-5016


Internal Revenue Service-CLE
Insolvency Group 6
1240 E 9th St Rm 493
Cleveland, OH 44199


Irene Mendyuk
1407 Lake Shore Dr Apt A
Hamilton, OH 45011

J. C. Schultz Enterprises
951 Swanson Drive
Batavia, IL 60510


Joseph C Moffa
2176 Rollingwood Dr
Medina, OH 44256


Joseph C Moffa Trust
2176 Rollingwood Dr
Medina, OH 44256


Kimble Recycling and Disposal
P.O.Box 448
Dover, OH 44622


Koorsen Fire and Security
6930 W Snowville Rd
Brecksville, OH 44141


Lisa Wolgast
Barnes & Thornburg LLP
3340 Peachtree Rd NE Ste 2900
Atlanta, GA 30326-1092


Mayfield Village
Attn Finance Director
6622 Wlison Mills Rd
Mayfield, OH 44143


Morgan Services
2013 Columbus Road
Clevealnd, OH 44113


NEORSD
3900 Euclid Av
Cleveland, OH 44115


New Carbon Company LLC
PO Box 24316
New York, NY 10087

New Season Investments, LLC
Wanda Gibson
8200 BECKETT PARK DR STE 100
West Chester, OH 45069


Ohio Attorney General
Collect Enforce Sect -Bankr
150 E Gay ST Fl 21
Columbus, OH 43215


Ohio BWC
Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567


Ohio Department of Taxation
Attn Bankruptcy Division
PO BOX 530
Columbus, OH 43216-0530


Ohio Dept of Job & Family Servs
Office of Legal Services
30 East Broad St., 31st floor
Columbus, OH 43215


Phoenix Rising Contr. Inc
c/o Deborah Markowski
9404 Woodship Ln
Broadview Heights, OH 44147


PSOF NP Cleveland LLC
c/o COGENCY GLOBAL INC
3958 BROWN PARK DR STE D
Hilliard, OH 43026


PV Business Solutions
3600 South State Road 7
Suite 204
Miramar, FL 33023


Regional Income Tax Agency
PO BOX 470537
Attn: Legal Department
Broadview Heights, OH 44147-0537

Riley Hotel Group LLC
Joseph C Moffa
29225 Chagrin Blvd Ste 250
Beachwood, OH 44122


Rob Folland
Barnes & Thornburg LLP
41 S. High St Ste 3300
Columbus, OH 43215


Serta Site Fire and Life Safety
P.O.Box 772443
Detroit, MI 48277


SeSac
P.O.Box 737457
Dallas, TX 75373


Spectrum
Box 223085
Pittsburgh, PA 15251


Stephen I Carrion
2081 West Blvd
Cleveland, OH 44102


Sysco Food and Service
P.P.Box 94570
Cleveland, OH 44101


Toshiba Financial Services
P.O.Box 790448
St Louis, MO 63179


Twin Pines Technology
3173 Peterboro Drive
Stow, OH 44224


US Attorney-- ND Ohio
Attn Bankruptcy Section
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852

Wanda J. Gibson
5840 Rutledge Tr
Hamilton, OH 45011

Wanda Jean Gibson Trust
5840 Rutledge Tr
Hamilton, OH 45011

Westfield Insurance
1 Park Cir
Westfield Center, OH 44251

# United States Bankruptcy Court
## Northern District of Ohio

In re **Beta Drive Hotel Group LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Beta Drive Hotel Group LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Loyalty Investments II LLC**
**GIOVANNA V BREMKE**
**37040 COLORADO AVE**
**Avon, OH 44011**

**Source-1 Solutions LLC**
**1407 Lake Shore Dr Apt A**
**Hamilton, OH 45011**

☐ None [*Check if applicable*]

**March 1, 2025**
Date

/s/ Frederic P. Schwieg, Esq.
**Frederic P. Schwieg, Esq. 0030418**
Signature of Attorney or Litigant
Counsel for **Beta Drive Hotel Group LLC**
**Frederic P Schwieg Attorney at Law**
**19885 Detroit Rd #239**
**Rocky River, OH 44116-1815**
**440-499-4506 Fax:440-398-0490**
**fschwieg@schwieglaw.com**