Debtor name **Beta Drive Hotel Group LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **25-10849**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 16, 2025**    X **/s/ Irene Mendyuk**
                                               Signature of individual signing on behalf of debtor

                                             **Irene Mendyuk**
                                             Printed name

                                             **Manager**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Beta Drive Hotel Group LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   **25-10849**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $     **11,700,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $     **80,828.48**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $     **11,780,828.48**

### Part 2:   Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **9,121,193.75**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $     **51,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     **237,325.16**

4.    Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b     $     **9,409,518.91**

Debtor name **Beta Drive Hotel Group LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **25-10849**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property $\qquad$ 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First National Bank** | **Checking** | **4722** | $38,247.57 |
| 3.2. | **PNC** | **Checking** | **9364** | $11,259.10 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                              $49,506.67
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ■ No. Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **14,000.00** | - | **0.00** | = .... | **$14,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **1,926.50** | - | **0.00** | = .... | **$1,926.50** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **5,122.04** | - | **5,122.04** | = .... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$15,926.50**

Part 4: **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Part 5: **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Food and Liquor Inventory** | | $8,613.31 | Recent cost | $8,613.31 |

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

**$8,613.31**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2016 Ford Transit van**<br>**1FMZK1CM5GKB06573 over 185,928 mi;**<br>**location is unk npwn burt may be**<br>**Hampton Inn N Olmsted** | **Unknown** | **Expert** | **$6,782.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Hotel Beds and Bedding, towels etc (incl in**<br>**$11.7M Appraisal)** | **$3,913,293.92** | | **Unknown** |
| **Cleaning Equipment (Incl in $11.7M Appraisal)** | **$79,191.29** | | **Unknown** |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

| **$6,782.00** |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **128 Room Hotel 700 Beta Drive ($11.7M Aprpaisal includes all assets) PPN 831-14-301 and 302** | Fee simple | $10,998,472.00 | Appraisal | $11,700,000.00 |

56. **Total of Part 9.**                                                          | $11,700,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties**<br>**Liquor Permit, Licenses and preopening assets (Incl in $11.7M Appraisal)** | $45,795.00 | | Unknown |
| **Hilton Garden Inn Franchise** | $0.00 | | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.  **Total of Part 10.**

|  | $0.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $49,506.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,926.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,613.31 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,782.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $11,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $80,828.48 | + 91b. $11,700,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,780,828.48 |

**Fill in this information to identify the case:**

Debtor name   **Beta Drive Hotel Group LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   **25-10849**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**  **Cuyahoga County Treasurer**
Creditor's Name

**2079 E 9th St**
**Cleveland, OH 44115**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Cuyahoga County Treasurer**
**2. PSOF NP Cleveland LLC**
**3. Phoenix Rising Contr. Inc**

**Describe debtor's property that is subject to a lien**
**128 Room Hotel 700 Beta Drive ($11.7M Arrpaisal includes all assets) PPN 831-14-301 and 302**

**Describe the lien**
**Real Estate Tax Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$302,966.85**
Value of collateral: **$11,700,000.00**

**2.2**  **Phoenix Rising Contr. Inc**
Creditor's Name

**c/o Deborah Markowski**
**9404 Woodship Ln**
**Broadview Heights, OH 44147**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**128 Room Hotel 700 Beta Drive ($11.7M Arrpaisal includes all assets) PPN 831-14-301 and 302**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**

Amount of claim: **$0.00**
Value of collateral: **$11,700,000.00**

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 3

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**2024**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.3 | **PSOF NP Cleveland LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | | |
|---|---|---|---|
| **c/o COGENCY GLOBAL INC** **3958 BROWN PARK DR STE D** **Hilliard, OH 43026** | Describe debtor's property that is subject to a lien **128 Room Hotel 700 Beta Drive ($11.7M Arrpaisal includes all assets) PPN 831-14-301 and 302** | $8,818,226.90 | $11,700,000.00 |
| Creditor's mailing address | | | |

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/2014**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $9,121,193.75 |
|---|---|---|

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cuyahoga County Prosecutor General Civil Division 1200 Ontario St FL 8 Cleveland, OH 44113** | Line **2.1** | |
| **Lisa Wolgast Barnes & Thornburg LLP 3340 Peachtree Rd NE Ste 2900 Atlanta, GA 30326-1092** | Line **2.3** | |
| **Rob Folland Barnes & Thornburg LLP 41 S. High St Ste 3300 Columbus, OH 43215** | Line **2.3** | |

Debtor name    **Beta Drive Hotel Group LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)    **25-10849**

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Mayfield Village**<br>**Attn Finance Director**<br>**6622 Wlison Mills Rd**<br>**Mayfield, OH 44143** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,000.00** | **$0.00** |
| Date or dates debt was incurred<br>**2025** | Basis for the claim:<br>**Bed Tax (monthly estimate)** | | |
| Last 4 digits of account number **EIN**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Ohio Department of Taxation**<br>**Attn Bankruptcy Division**<br>**PO BOX 530**<br>**Columbus, OH 43216-0530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,000.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax (monthly Estimate** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**Allegion Access Technologies**
P.O. Box 0371595
Pittsburgh, PA 15251

Date(s) debt was incurred __1/19/2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.07 |
|---|---|---|---|

**Amadeus Hospitality Inc**
P.O.Box 731577
Dallas, TX 75373

Date(s) debt was incurred __11/15/2024__

Last 4 digits of account number __9983__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,203.54 |
|---|---|---|---|

**ATT**
P.O.Box 5019
Carol Stream, IL 60197

Date(s) debt was incurred __2/25__

Last 4 digits of account number __5038__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Phone Service__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,202.63 |
|---|---|---|---|

**Bernard Heating and Cooling**
359 Stanton Ave
Akron, OH 44301

Date(s) debt was incurred __4/19/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.89 |
|---|---|---|---|

**Cintas**
P.O.Box 631025
Cincinnati, OH 45263

Date(s) debt was incurred __11/7/2024__

Last 4 digits of account number __6663__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,358.16 |
|---|---|---|---|

**Cloud 5 Communications**
P.O.Box 772475
Detroit, MI 48277

Date(s) debt was incurred __10/15/2024__

Last 4 digits of account number __0704__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.90 |
|---|---|---|---|

**Connect USA Inc**
428 Earie Street
Massillon, OH 44646

Date(s) debt was incurred __11/22/2024__

Last 4 digits of account number __1786__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cozzini Brothers**
**8430 W Bryn Mawr Ave**
**Suite 800**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Craig A. Charles**
**6537 Holloway Dr**
**Middletown, OH 45044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __9/2014__

Basis for the claim: __Contribution Claims__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Craig A. Charles Trust**
**6537 Holloway Dr**
**Middletown, OH 45044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __9/2014__

Basis for the claim: __Contribution Claims__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,009.01 |
|---|---|---|---|

**Delbaso Construction ,LLC**
**4563 Hamann Pkwy**
**4563 Hamann Parkway**
**Willoughby, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/1/2024__

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.89 |
|---|---|---|---|

**Division of Water**
**1201 Lakeside Ave E**
**Cleveland, OH 44113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/2025__

Basis for the claim: __Water Service__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Don Kitchen Supplies**
**2562 Paydphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward L Byington Sr**
**6884 Longview Dr**
**Hamilton, OH 45011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __9/2014__

Basis for the claim: __Contribution Claims__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Edward L Byington Trust**
6884 Longview Dr
Hamilton, OH 45011

Date(s) debt was incurred __9/2014__

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Contribution Claims__

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,424.70** |
|---|---|---|---|

**Enbridge Gas Ohio**
P O Box 26666
Richmond, VA 23261-2666

Date(s) debt was incurred __2/2025__

Last 4 digits of account number __6132__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Gas Service__

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,653.00** |
|---|---|---|---|

**FirstEnergy Corp**
76 S Main St
Akron, OH 44308

Date(s) debt was incurred __2/2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Electric Service__

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Franklin County Common Pleas**
Civil Clerk - Fees
345 S High St
Columbus, OH 43215

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __court costs__

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$510.95** |
|---|---|---|---|

**Guest Tek Interactive Entertainment Inc**
P.O.Box 95864
Chicago, IL 60694

Date(s) debt was incurred __12/6/2024__

Last 4 digits of account number __1352__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,584.69** |
|---|---|---|---|

**HD Supply**
P.O.Box 509058
San Diego, CA 92150

Date(s) debt was incurred __10/20/2024__

Last 4 digits of account number __0783__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$159,456.10** |
|---|---|---|---|

**Hilton Domestic Operating Co Inc**
755 Crossover Ln
Memphis, TN 38117

Date(s) debt was incurred __10/15/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Franchise Fees__

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Irene Mendyuk**
**1407 Lake Shore Dr Apt A**
**Hamilton, OH 45011**

Date(s) debt was incurred   __9/2014__

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Contribution Claims__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$268.35** |
|---|---|---|---|

**J. C. Schultz Enterprises**
**951 Swanson Drive**
**Batavia, IL 60510**

Date(s) debt was incurred  _

Last 4 digits of account number  __0408__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph C Moffa**
**2176 Rollingwood Dr**
**Medina, OH 44256**

Date(s) debt was incurred   __9/2014__

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Contribution Claims__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph C Moffa Trust**
**2176 Rollingwood Dr**
**Medina, OH 44256**

Date(s) debt was incurred   __9/2014__

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Contribution Claims__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Kimble Recycling and Disposal**
**P.O.Box 448**
**Dover, OH 44622**

Date(s) debt was incurred   __1/1/2025__

Last 4 digits of account number  __6837__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,105.32** |
|---|---|---|---|

**Koorsen Fire and Security**
**6930 W Snowville Rd**
**Brecksville, OH 44141**

Date(s) debt was incurred   __2/15/2025__

Last 4 digits of account number  __4261__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,766.33** |
|---|---|---|---|

**Morgan Services**
**2013 Columbus Road**
**Clevealnd, OH 44113**

Date(s) debt was incurred   __11/13/2024__

Last 4 digits of account number  __8161__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,119.25** |
|---|---|---|---|

**NEORSD**
**3900 Euclid Av**
**Cleveland, OH 44115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2025

Basis for the claim:  **Sewer Service**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**New Carbon Company LLC**
**PO Box 24316**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/16/2025

Basis for the claim:  _

Last 4 digits of account number  L700

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PV Business Solutions**
**3600 South State Road 7**
**Suite 204**
**Miramar, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  X EAST

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,057.60** |
|---|---|---|---|

**Serta Site Fire and Life Safety**
**P.O.Box 772443**
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/28/2025

Basis for the claim:  _

Last 4 digits of account number  5556

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,598.36** |
|---|---|---|---|

**SeSac**
**P.O.Box 737457**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2/2023

Basis for the claim:  _

Last 4 digits of account number  7436

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,057.79** |
|---|---|---|---|

**Spectrum**
**Box 223085**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  auto pay

Basis for the claim:  _

Last 4 digits of account number  1401

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephen I Carrion**
**2081 West Blvd**
**Cleveland, OH 44102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/2014

Basis for the claim:  **Contribution Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Sysco Food and Service**
**P.P.Box 94570**
**Cleveland, OH 44101**

Date(s) debt was incurred  12/19/2024

Last 4 digits of account number  3026

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,200.00**

---

3.37 **Nonpriority creditor's name and mailing address**
**Toshiba Financial Services**
**P.O.Box 790448**
**St Louis, MO 63179**

Date(s) debt was incurred  12/11/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,493.16**

---

3.38 **Nonpriority creditor's name and mailing address**
**Twin Pines Technology**
**3173 Peterboro Drive**
**Stow, OH 44224**

Date(s) debt was incurred  11/1/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$45.47**

---

3.39 **Nonpriority creditor's name and mailing address**
**Wanda J. Gibson**
**5840 Rutledge Tr**
**Hamilton, OH 45011**

Date(s) debt was incurred  9/2014

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Contribution Claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.40 **Nonpriority creditor's name and mailing address**
**Wanda Jean Gibson Trust**
**5840 Rutledge Tr**
**Hamilton, OH 45011**

Date(s) debt was incurred  9/2014

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Contribution Claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.41 **Nonpriority creditor's name and mailing address**
**Westfield Insurance**
**1 Park Cir**
**Westfield Center, OH 44251**

Date(s) debt was incurred  2/2025

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Premium**

Is the claim subject to offset? ■ No ☐ Yes

**$5,645.00**

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **Beta Drive Hotel Group LLC** | Case number (if known) | **25-10849** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Atty Gen'l of the United States-Tax**<br>**US Dept of Justice Tax Divsn**<br>**PO BOX 55, Ben Franklin Stn**<br>**Washington, DC 20044** | Line __<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Diane Calta, Esq.**<br>**Mansour Gavin LPA**<br>**1001 Lakeside Ave. Ste 1400**<br>**Cleveland, OH 44114** | Line **2.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Franklin County Prosecutor**<br>**Civil Division**<br>**373 High St FL 14**<br>**Columbus, OH 43215** | Line **3.18**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Hilton Franchise Holding LLC**<br>**7390 Jones Branch Dr Ste 1100**<br>**Mc Lean, VA 22102** | Line **3.21**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Internal Revenue Service-CLE**<br>**Insolvency Group 6**<br>**1240 E 9th St Rm 493**<br>**Cleveland, OH 44199** | Line __<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Ohio Attorney General**<br>**Collect Enforce Sect -Bankr**<br>**150 E Gay ST Fl 21**<br>**Columbus, OH 43215** | Line **2.2**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Ohio Attorney General**<br>**Collect Enforce Sect -Bankr**<br>**150 E Gay ST Fl 21**<br>**Columbus, OH 43215** | Line __<br><br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Ohio Attorney General**<br>**Collect Enforce Sect -Bankr**<br>**150 E Gay ST Fl 21**<br>**Columbus, OH 43215** | Line __<br><br>☐ Not listed. Explain ____ | __ |
| 4.9 | **US Attorney-- ND Ohio**<br>**Attn Bankruptcy Section**<br>**801 W Superior Ave Ste 400**<br>**Cleveland, OH 44113-1852** | Line __<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 51,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 237,325.16 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 288,325.16 |

Fill in this information to identify the case:

Debtor name **Beta Drive Hotel Group LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **25-10849**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Hilton Garden Inn Franchise** | |
| | State the term remaining | **29 Months** | **HLT Existing Franchise Holding LLC**<br>**7390 Jones Branch Dr Ste 1100**<br>**Mc Lean, VA 22102** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **managment agreement** | |
| | State the term remaining | **NA** | **Source 1 Solutions LLC** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease for Business center** | |
| | State the term remaining | **11 Mo** | **Toshiba Financial Services**<br>**P.O.Box 790448**<br>**St Louis, MO 63179** |
| | List the contract number of any government contract | | |

Debtor name **Beta Drive Hotel Group LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **25-10849**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Beta Drive Conference Center LLC** | | **PSOF NP Cleveland LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Craig A. Charles** | **6537 Holloway Dr Middletown, OH 45044** | **PSOF NP Cleveland LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Craig A. Charles Trust** | **6537 Holloway Dr Middletown, OH 45044** | **PSOF NP Cleveland LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Edward L Byington Sr** | **6884 Longview Dr Hamilton, OH 45011** | **PSOF NP Cleveland LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 **Edward L Byington Trust** | **6884 Longview Dr Hamilton, OH 45011** | **PSOF NP Cleveland LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Beta Drive Hotel Group LLC** | Case number *(if known)* | **25-10849** |
|--------|-------------------------------|--------------------------|--------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Irene Mendyuk** | 1407 Lake Shore Dr Apt A<br>Hamilton, OH 45011 | **PSOF NP Cleveland LLC** | ■ D  __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Joseph C Moffa** | 2176 Rollingwood Dr<br>Medina, OH 44256 | **PSOF NP Cleveland LLC** | ■ D  __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Joseph C Moffa Trust** | 2176 Rollingwood Dr<br>Medina, OH 44256 | **PSOF NP Cleveland LLC** | ■ D  __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Stephen I Carrion** | 2081 West Blvd<br>Cleveland, OH 44102 | **PSOF NP Cleveland LLC** | ■ D  __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Wanda J. Gibson** | 5840 Rutledge Tr<br>Hamilton, OH 45011 | **PSOF NP Cleveland LLC** | ■ D  __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Wanda Jean Gibson Trust** | 5840 Rutledge Tr<br>Hamilton, OH 45011 | **PSOF NP Cleveland LLC** | ■ D  __2.3__<br>☐ E/F _____<br>☐ G _____ |

Debtor name **Beta Drive Hotel Group LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **25-10849**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$451,096.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$4,744,313.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$4,523,460.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **PSOF NP Cleveland LLC**<br>**c/o COGENCY GLOBAL INC**<br>**3958 BROWN PARK DR STE D**<br>**Hilliard, OH 43026** | **12/1/24** | **$78,342.00** | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Sysco Food and Service**<br>**P.P.Box 94570**<br>**Cleveland, OH 44101** | **Various** | **$17,769.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **HD Supply**<br>**P.O.Box 509058**<br>**San Diego, CA 92150** | **Various** | **$9,227.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **NEORSD**<br>**3900 Euclid Av**<br>**Cleveland, OH 44115** | **Monthly** | **$21,049.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.5. | **FirstEnergy Corp**<br>**76 S Main St**<br>**Akron, OH 44308** | **Monthly** | **$22,628.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.6. | **Enbridge Gas Ohio**<br>**P O Box 26666**<br>**Richmond, VA 23261-2666** | **Monthly** | **$14,231.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.7. | **Hilton Domestic Operating Co Inc**<br>**755 Crossover Ln**<br>**Memphis, TN 38117** | **Monthly** | **$28,072.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.8. | **Westfield Insurance**<br>**1 Park Cir**<br>**Westfield Center, OH 44251** | **Monthly** | **$18,672.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. Division of Water<br>1201 Lakeside Ave E<br>Cleveland, OH 44113 | **Monthly** | **$8,551.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. Shindler Elevator Corp<br>1803 Cleveland Pkwy Ste 140<br>Cleveland, OH 44135 | **Various** | **$7,621.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. Certasite<br>4620 Crystal Pkwy<br>Kent, OH 44240 | **Various** | **$7,811.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Riley Hotel Group LLC<br>Joseph C Moffa<br>29225 Chagrin Blvd Ste 250<br>Beachwood, OH 44122<br>Former Manager | **Various** | **$201,402.21** | **Management Fees/Unknown** |
| 4.2. Craig A. Charles<br>6537 Holloway Dr<br>Middletown, OH 45044<br>Insider | **Various** | **$26,000.00** | **Paid from Payroll** |
| 4.3. Wanda J. Gibson<br>5840 Rutledge Tr<br>Hamilton, OH 45011<br>Insider | **Various** | **$26,000.00** | **Paid from Payroll** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | PSOF NP Cleveland LLC v Debtor<br>25CV000135 | Foreclosure | Franklin County Common Pleas<br>Civil Clerk - Fees<br>345 S High St<br>Columbus, OH 43215 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Frederic P Schwieg Attorney at Law 19885 Detroit Rd #239 Rocky River, OH 44116-1815** | **Attorney Fees** | **1/30/25; 2/24/25** | **$30,000.00** |
| Email or website address **fschwieg@schwieglaw.com** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Riley Hotel Group LLC** **Joseph C Moffa** **29225 Chagrin Blvd Ste 250** **Beachwood, OH 44122** | **700 Beta Dr** **Cleveland, OH 44143** | **Ford Transit Van; inoperative; ownership is presumed but not definitively known** | **Unknown** |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

25-10849-skk    Doc 46    FILED 03/16/25    ENTERED 03/16/25 14:21:06    Page 28 of 32

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.    **Schulte & Co LPAs**<br>**600 S Cleveland Massilon Rd**<br>**Akron, OH 44333** | **2023-2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
|  |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
|  |  |  |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Irene Mendyuk | 1407 Lake Shore Dr Apt A Hamilton, OH 45011 | Manager | 100% of Source-1 which owns 80% of the Debtor |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Source-1 Solutions LLC | 1407 Lake Shore Dr Apt A Hamilton, OH 45011 | Member | 80% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Loyalty Investmwents II LLC | | Member | 20 |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| New Season Investments, LLC | Wanda Gibson 8200 BECKETT PARK DR STE 100 West Chester, OH 45069 | 40% member | 2007-1/12025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joseph C Moffa Trust | 2176 Rollingwood Dr Medina, OH 44256 | 5% member | 2007-1/1/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Craig A. Charles** | **6537 Holloway Dr Middletown, OH 45044** | **Manager** | **2007-1/1/2025** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Joseph C Moffa** | **2176 Rollingwood Dr Medina, OH 44256** | **Manager** | **2007-1/1/2025** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Riley Hotel Group LLC** | **Joseph C Moffa 29225 Chagrin Blvd Ste 250 Beachwood, OH 44122** | **Management Company** | **2007-1/1/2025** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See answers to Question 4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 16, 2025** _____

**/s/ Irene Mendyuk** _____        **Irene Mendyuk** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Manager** _____

**Are additional pages to _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ (Official Form 207) attached?**

■ No
☐ Yes